

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-14-00907-CV

**IN RE SEGREST SALTWATER RESOURCES, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

On February 23, 2015, relator Segrest Saltwater Resources, LLC, filed a motion to abate this mandamus proceeding for sixty days to allow the parties to participate in mediation. The motion represents that the real parties in interest are unopposed to the requested relief.

Relator's motion is GRANTED. This mandamus proceeding is temporarily abated until further order of this court. **Relator is ORDERED to provide this court with a status report no later than April 24, 2015.**

It is so **ORDERED** on February 24, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-06-0426-CVA, styled *Segrest Saltwater Resources, LLC v. Pyote Water Systems, LLC; Pyote Water Systems II, LLC; Pyote Water Systems III, LLC; Pyote Water Solutions, LLC; Pyote Well Service, LLC; H.H. "Trip" Wommack III; George J. Wommack; Petro Waste Environmental, LLC; Petro Waste Environmental LP; and Josh Haislip*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.